CAUSE NUMBER: 1:23-CV-00075

**FLORENTINO RIOS**
**PLAINTIFF**

VS.

**SPACE EXPLORATION TECHNOLOGIES CORP, ET AL**
**DEFENDANT**

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

## RETURN OF SERVICE

My name is **DANE CUPPETT**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 604 WEST 9TH STREET, SUITE B , AUSTIN TX , 78701, U.S.A.

ON **Tuesday May 09, 2023 AT 04:14 PM** - **SUMMONS, PLAINTIFF'S ORIGINAL COMPLAINT** came to hand for service upon **SPACE EXPLORATION TECHNOLOGIES CORP BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY**.

On **Wednesday May 10, 2023** at **03:20 PM** - The above named documents were hand delivered to: **SPACE EXPLORATION TECHNOLOGIES CORP BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY @ 211 EAST 7TH STREET, SUITE 620**, **AUSTIN**, **TX 78701**, **in Person.** by delivering to Terri Tremblay, designated agent.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                      DECLARATION

"My name is **DANE CUPPETT,** my date of birth is 10/09/1984 my business address is 604 WEST 9TH STREET, SUITE B , AUSTIN TX , 78701, U.S.A., and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Thursday May 11, 2023**

*[signature]*

**PSC#7114 EXP. 10/30/23**
Declarant; Appointed in accordance with State Statutes.

2023.05.754068