IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FLORENTINO RIOS<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:23-cv-00075 |
| SPACE EXPLORATION TECHNOLOGIES CORP, JOHN DOE COMPANY, AND JOHN DOE<br>*Defendants.* | §<br>§<br>§<br>§<br>§ | |

**MOTION TO DISMISS WITHOUT PREJUDICE**

TO THE HONORABLE UNITED STATES JUDGE:

COMES NOW Plaintiff Florentino Rios in the above entitled and numbered cause, and files this Motion to Dismiss without prejudice against Defendants Space Exploration Technologies Corporation, John Doe Company, and John Doe, and shows the Court as follows:

Plaintiff moves to dismiss this action to seek redress in Texas State Court. This Motion to Dismiss does not dismiss Plaintiff's cause in Texas State Court and only applies to federal action 1:23-cv-00075. Accordingly, Plaintiff respectfully requests that the Court dismiss this matter in its entirety without prejudice, and each party to bear their own costs of court.

WHEREFORE, Plaintiff respectfully requests the Court grant this Motion as set forth above and enter an Order of Dismissal.

Dated: June 12, 2023          Respectfully submitted,

**HINOJOSA LAW, PLLC**

By: */s/ Richard A. Hinojosa*

-1-

        Richard A. Hinojosa
Federal Bar No. 1143270
Charles M. Stam
Federal Bar No. 3438775
3904 Brandt Street
Houston TX 77006
Tel:  (713) 884-1663
Fax: (713) 422-2493
Email: richardhinojosa@hinojosalaw.com
Email: cstam@hinojosalaw.com
Email: e-service@hinojosalaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of June, 2023, a true and correct copy of the above and foregoing has been served by electronic transmission on the following counsel:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
David A. Oubre
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
Attorneys for Defendant

        */s/ Richard A. Hinojosa*
        Richard A. Hinojosa