**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| FLORENTINO RIOS<br>*Plaintiff,*<br><br>v.<br><br>SPACE EXPLORATION<br>TECHNOLOGIES CORP, JOHN DOE<br>COMPANY, AND JOHN DOE<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:23-cv-00075<br>§<br>§<br>§<br>§<br>§ |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day came to be considered Plaintiff's Motion to Dismiss in the above-entitled and numbered cause. The Court, having considered the same, finds that said Motion should be and hereby is GRANTED. It is, therefore,

ORDERED, ADJUDGED, and DECREED that all claims against all parties in the above-entitled and numbered cause are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED, ADJUDGED and DECREED that each party shall bear their own costs and fees.

SIGNED this _____ day of _____, 2023.

_____
HONORABLE UNITED STATES JUDGE