United States District Court
Southern District of Texas
**ENTERED**
June 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FLORENTINO RIOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-075 |
| | § | |
| SPACE EXPLORATION TECHNOLOGIES CORP., *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Florentino Rios filed an Opposed Motion to Dismiss Without Prejudice (Doc. 7).

To facilitate the Court's consideration of the Motion, it is:

**ORDERED** that a hearing is scheduled for June 22, 2023, at 1:30 p.m.; and

**ORDERED** that the parties may attend the June 22 hearing by videoconference.

Signed on June 15, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge