United States District Court
Southern District of Texas
**ENTERED**
June 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FLORENTINO RIOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-075 |
| | § | |
| SPACE EXPLORATION TECHNOLOGIES CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Florentino Rios requests the dismissal without prejudice of his causes of action against Defendants Space Exploration Technologies Corporation, John Doe Company, and John Doe. (Motion, Doc. 7) At a hearing held on June 22, 2023, SpaceX indicated that it no longer opposes the Motion. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that dismissal of Rios's causes of action is proper.

As a result, it is:

**ORDERED** that Plaintiff Florentino Rios's Motion to Dismiss Without Prejudice (Doc. 7) is **GRANTED**; and

**ORDERED** that all of Plaintiff Florentino Rios's causes of action against Defendants Space Exploration Technologies Corporation, John Doe Company, and John Doe are **DISMISSED WITHOUT PREJUDICE**.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on June 22, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge