United States District Court
Southern District of Texas
**ENTERED**
August 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FLORENTINO RIOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-075 |
| | § | |
| SPACE EXPLORATION TECHNOLOGIES CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ADVISORY

On June 22, 2023, the Court granted Plaintiff Florentino Rios's Motion to Dismiss (Doc. 7), dismissing without prejudice all of Rios's claims against Defendants Space Exploration Technologies Corporation, John Doe Company, and John Doe.

On August 4, Rios and Space Exploration Technologies Corporation filed a Joint Stipulation of Dismissal (Doc. 10). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), such a filing automatically dismisses the plaintiff's causes of action without court order. In this case, the Court has already dismissed those causes of action.

Signed on August 9, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge